# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

_____

(Full name of plaintiff(s))

Lashunda Louvenia Dotson

_____

_____

vs

Lois McNeal

(Full name of defendant(s))

Dane County Housing Authority
6000 Gisholt Dr. Suite 203
Sun Prairie Police department/
Jessie Devila, Brandon S. Reigstad, Nate Hoffmann etc...
300 East Main St Sun Prairie, WI 53590
U.S HUD Department Fair Housing
310 West Wisconsin ave Suite 950
Milwakee, WI 53203-2289

Case Number:

**21 CV 704 JDP**

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of ___Wisconsin___ and resides at
                              (State)

1110 Vandenburg St, Sun Prairie
                    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.  Defendant _Ballbrook corporation_
                                                    (Name)

is (if a person or private corporation) a citizen of _Wisconsin_
                                                     (State, if known)

and (if a person) resides at _____
                                              (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
                        (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

Vandenburg ~~~~ heights violated my rights
I did not want to move I alway payed
my rent on time never late. I alway
contacted Kathy if stuff needed fixing
by email or called ~~~~ I myself was not a problem.
but got fixed on the next day next
week a caple weeks the water softer it
took 2 years to get a new one.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 75,000 .

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want to stay in Vandenburg and get payeed $75,000 for stress and for everything I have been through bad stress for the neighbors from next door with pitbull dog that was very aggressive they played loud music from night time all the way till morning very disrespectful and strong smell of weed that you can smell in are house from are next door neighbor. Stress on me and my 2 kids.

E.  **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case
OR
☑ Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20____.

Respectfully Submitted,

_Lashunda Olson_
Signature of Plaintiff

_608-886-8689_
Plaintiff's Telephone Number

_d.shunda27@gmail.com_
Plaintiff's Email Address

_____

_1110 Vandenburg St Sunprairie, 53590_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Were given letters from I with names from Harris to Scott etc... The Sun Prairie Police ignored all request for assistance do to my race an source of income. Jesse De Vila the officer who stated that he would be back to look in the attic never came back nor did he call. No police assistant us in anything. Police lied to us. Police allow the neighbor to abuse in every way. The manager Kathy witness the smell of drugs in our basement coming in from there side an she told me an my daughter she would talk to the neighbors give them a warning. But things never change. She/Kathy manager said she wasn't re-newing there lease or come to find out she lied about that as well. Instead Kathy sent us a non-renewal certificate letter to my address 1110 Vandenburg St. I/Louvenia Harris

(2)

an LaShunda Dotson Have follow all rules an regulations of the lease agreement. The rent was pay on a timely base's every month. We had no parties or did any drug activities none. We pretty much stay to ourselves for the 2yrs stay at the address to avoid Drama with the neighbors who stay rowdy an rude most of all the time very disrespectful. I never threaten anyone nor did we mistreat any of the staff workers. I told Tom the maintenece man that he was a liar because he would lie about repairs or lie to Kathy the manager about what i said to him. it was all about repairs always. Kathy would constantly lie about any an everything down to whatever she could lie about an get away with if she could. not to be trusted period. A game player. playing tenants as fools. She Kathy treated us very bad.

as tenants. I kept telling Kathy about the repairs an inspections that was needed for 2yrs on the one inspection they did was half did not a full inspection. The unlawful activities that Kathy an her colletive's stage up an shared, among them (cash) fram abusing us in the 1110 address was very wrong an crimnal. Play mind games on my family we want justice. for being force to leave being good tenants who they refused to do repairs an inspection correctly not half a's inspection it was heath issue at 1110 vandenburg st i broke out with a severe rash an in up going to the emergency room several times due to throat an breathing issue's. The neighbor on both side harrassed us day in and out. Pointing phones at us constantly. bring there company to our side of living. like we're throwing a party.

(4)

Kathy stated that both maintence men Joe an Tom wasn't coming back into our place at 1110 Vandenberg St when in fact she lied because Joe stated he never told Kathy that an Tom has also came back into 1110 vandenburg to fix the shocking outlets in the living room area but couldn't fix the outlet due to lack of experience. So Kathy had a personal problem with me an LaShunda Why we never did anything to Kathy to be lied to constantly an with held information from us mislead us to believe that other staff had a problem with us when in fact she the one who had an problem with good tenants who never gave her or anyone a problem to begin with. We had problems with drain pipes/sewage an basement sink constantly stopped up an the light fixture a heavy problem i/Lovenia told Kathy time an Time again about the light Fixtures never fixed an refused to change them. All we wanted

(5)

~~was~~ was repairs fix when told not 2yrs to fix or bring a water softener Tank or to be told 2yrs later we got a Tank or we'll change the light Fixture an never do. The company breach there lease with us ~~to~~ to us being good tenants who follow all an every rule. The neighbors messed with my Vechicles an put trash an Whatever items on my side so i could complain to the office about whatever an did parties/drug's so i could call the police an complain to them to appear as a problematic tenants who's always calling the police. A stage performance's upon us moving in the neighbor ~~same~~ ~~kept~~ up to me an said We're throwing a party an the music could be loud i just want you to know that the woman who stay here before always call the police on us all the time. But yet there still there whats wrong with that picture. Still living there an still.

(6)                                                                                     P

causing problems an breaching the lease. Covid-19 is what they will use to keep a problem tenant in a place to do whatever. There game as been played even with the tenant before us at 1110 Vandenbug St. What we want is to clean up the major reparrs in the place so we don't be uncomferable an get rid of the cat order we have no pets an ~~Any and~~ my daughter's car has been there activities playground I know that a engine don't knock while the engine is shut off the engine was knocking an a burning strong smell was coming from the engine wen the engine was off. It's a echo engine didn't know before baught never was offer to look at the engine just sold us a junk car. Waste thrower! Overcharge as well. We don't wont to move we want repairs fixed an our emotinal destress compensated for being in court for no wrong doing.

(7)

Kathy the manager claim the police came to our place at 1110 Vandenburg St never told her or reported any conversation to our place in her office of work. The police gave us case numbers an told us they would report every call that was made to management office an Kathy said they/police never reported any call to the office. Which is odd very odd. Kathy is a liar an should of pay for every lie told. Police never did report any call so. Police was wrong for not doing so. We were part of Kathy's move in tenant neighborhood game played. Kathy played a tenant lying game. We were bait/fools so she thought. I don play those games am next time she'll think twice who she plays with a serious game with to end up in a federal court or state court. Jovenue Harri