**STATE OF WISCONSIN, CIRCUIT COURT,** _____ **COUNTY**   *For Official Use*

☐ Amended

**Petition for Waiver of Fees and Costs - Affidavit of Indigency**

_____

-vs.-

_____       Case No. _____

**UNDER OATH, I STATE THAT** because of poverty, I am unable to pay ☒ any filing and service fees, including the electronic filing fee, or ☐ _____, in this action, proceeding, or appeal, or to give security for those fees, and request waiver of those fees. I am attaching a copy of my pleading in this matter.

*Complete Section 1 if you receive aid from any of the programs listed. If you do not receive aid, complete Section 2 only.*

## Section 1.

☐ I currently receive
- ☒ Supplemental security income.        ☐ Relief funded under §59.53(21), Wis. Stats.        ☒ Medical assistance.
- ☐ Food stamps/FoodShare.        ☐ Relief funded under public assistance.
- ☐ Benefits for veterans under §45.40 (1m) or 38 USC 501-562.
- ☐ Legal representation from a civil legal services program or a volunteer attorney program based on indigency. Name of program: _____
- ☐ Other means-tested public assistance: _____

My financial situation ☐ has    ☒ has not    changed since I became eligible for this program.

*If you checked the "has" box, and such changes would make you ineligible for the program(s) if you applied today, you must complete Section 2.*

## Section 2.

1. I ☐ am ☒ am not married.

2. I ☐ am ☒ am not employed. Name of employer: _____

3. I earn [Gross pay] $ _____ ☐ weekly.  ☐ every 2 weeks.  ☐ twice monthly.  ☐ monthly.
   My take-home pay [after taxes and deductions] is $ _____ per pay period.

4. I receive gross monthly income totaling the amount of $ _____ from
   ☐ Pension    ☐ Social security    ☐ Unemployment compensation
   ☒ Disability    ☐ Student loans/grants    ☐ Other: Child Support (Varies) $20.00

5. I have the following cash assets:
   ☒ Savings accounts:    $ 5.00 _____    ☒ Cash:    $ _____
   ☐ Checking accounts:   $ _____    ☐ Money owed me:  $ _____

6. I have the following other assets:
   ☒ Vehicle-Yr./Make: 2016 Sonic LT  $ 264.00    ☐ Household furnishings: $ 0
   ☐ Vehicle-Yr./Make: _____ $ _____    ☐ Equity in real estate: $ 0
   ☐ Other individual assets valued over $200 each: 0 _____ $ _____

7. My household consists of myself and 3 others:
   Full name: Louvenia Harris     Relationship to me: Mother    Under age 18 ☐ Yes ☒ No
   Full name: Luis Estrada        Relationship to me: Son       Under age 18 ☒ Yes ☐ No
   Full name: Aidan Torres        Relationship to me: Son       Under age 18 ☒ Yes ☐ No
   Full name: _____  Relationship to me: _____  Under age 18 ☐ Yes ☐ No
   Full name: _____  Relationship to me: _____  Under age 18 ☐ Yes ☐ No

CV-410A, 02/16 Petition for Waiver of Fees and Costs - Affidavit of Indigency    §§757.675(3), 757.69(2m) and 814.29, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Page 1 of 2

| STATE OF WISCONSIN, CIRCUIT COURT, _____ COUNTY |

LaShunda Dotson

-vs-

_____

☐ Amended

**Order on Petition for Waiver of Fees and Costs**

Case No. _____

**THE COURT FINDS AND ORDERS:**

Upon reviewing the petition of [Name] _____
for waiver of fees and costs, this petition is

☐ 1. **GRANTED** because the court finds the requestor is currently indigent. The action may be commenced or defended without payment of filing fees, including the electronic filing fee. The sheriff shall serve all necessary documents without payment of service fees. The requestor may be required to pay these fees if the court later determines the requestor has the ability to pay.

☐ 2. **GRANTED** for waiver of _____. The requestor may be required to pay fees if the court later determines the requestor has the ability to pay.

☐ 3. **DENIED** because the court finds the requestor is not indigent, but is currently not able to pay filing or service fees. This action may be filed by the Clerk and all necessary documents may be served by the sheriff without prepayment of fees. Such fees must be paid no later than _____.

☐ 4. **DENIED** because the court finds
　☐ requestor is not indigent.   ☐ the allegation of poverty to be untrue.
　☐ requestor is a prisoner and is required to use form CV-438 or CV-440.
　☐ requestor has not stated a meritorious claim, defense, or appeal upon which the court may grant relief:
　　*[Brief explanation]* _____
　☐ Other: _____

DISTRIBUTION:
1. Clerk of Circuit Court

CV-410B, 05/17 Order on Petition of Waiver of Fees/Costs　　　　§§757.675(3), 757.69(2m), and 814.29, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**

Petition for Waiver of Fees and Costs – Affidavit of Indigency    Page 2 of 2    Case No. _____

8. The other members of my household have gross monthly income totaling the amount of $ _____ from
   - [ ] Wages
   - [ ] Social security
   - [ ] Relief funded under public assistance
   - [ ] Food stamps/FoodShare
   - [ ] Pension
   - [ ] Student loans/grants
   - [ ] Unemployment compensation
   - [x] Supplemental security income
   - [x] Disability
   - [ ] Relief funded under §59.53(21), Wisconsin Statutes
   - [x] Support/maintenance
   - [ ] Other: _____

9. I have the following debts:    Amount:    Monthly Payment:
   a. Mortgage/Rent    $ 0
   b. Auto loan    $ 0
   c. Credit cards    $ 0
   d. Other: Did wrongly    $ 2000.00    0 beening (disputed)
   e. Furniture (Fingerhut)    $

10. I have the following unusual expenses, other than ordinary living expenses:
    _____
    _____
    _____
    _____

State of _____
County of _____
Subscribed and sworn to before me on _____

_____
Notary Public/Court Official

_____
Name Printed or Typed

My commission/term expires: _____

I understand that if my financial situation changes, I must notify the court immediately.

▶ *Lashunda Dotson*
Signature

Lashunda Dotson
Print or Type Name

11-08-1990
Date of Birth

1110 Vandenburg Dr Sun Prairie, WI 53590
Address

608-886-8684
Phone Number

11-4-2021
Date

CV-410A, 02/16 Petition for Waiver of Fees and Costs - Affidavit of Indigency    §§757.675(3), 757.69(2m) and 814.29, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**
Page 2 of 2